### Make Boebert one-term

Editor:

Here's a call out to all unaffiliated voters in Colorado's 3rd Congressional District: Vote in the Republican primary in June to nominate a Republican candidate for U.S. Representative NOT named Lauren Boebert.

Republicans have held that seat for 24 of the last 30 years. After redistricting, it's gone from R+7 to R+9. The reality is whoever wins the Republican primary will likely win the general election — as in 12 of the last 15 elections.

Unaffiliated voters joining forces with moderate Republicans can nominate a candidate to better represent the middle majority rather than the far-right minority. But it's going to take the unaffiliated coming out in force. Don't let the far-right pick the candidate. The 3rd District is more diverse than that and deserves better.

The 2020 primary was decided by only 10,000 out of 110,000 votes.

District 3 has 230,000 (42%) registered unaffiliated voters compared to 170,000 (31%) Republicans and 135,000 (25%) Democrats. The unaffiliated have the numbers — they just have to vote.

Spread the word to all your unaffiliated friends: Vote in the Republican primary and make Lauren Boebert a one-term Congresswoman.

Remember — the primary you choose to vote in has no effect on which party you can vote for in the general election.

**Brenda Freeburn**
Gunnison

### Bias on wolf reintroduction

Editor:

The Aspen Times summed up an informative, detailed article on wolves and ranchers from the Colorado Sun into four minimal paragraphs (compared to a full-page on wild horse roundups and two pages on Cuchara). In fact, the Times, in two recent articles, has failed to mention the two working dogs killed in their barnyard (one confirmed) and another injured by wolves near Walden, Colorado.

Who cares? This matters because Pitkin County voted for wolf reintroduction and the Aspen Times doesn't care enough to present the details. The Technical Working Group (TWIG) working on the details of wolf reintroduction to Colorado is recommending wolves be placed no closer than 75 miles from Colorado's borders and west of the Continental Divide. This puts Pitkin County, Gunnison County, Eagle County and Summit County as the center for reintroduction.

The media is key to making reintroduction a success. There is a lot of emphasis on educating ranchers on avoidance strategies, but what is lacking is an effort to educate the public on why they should accept a full toolbox of practices in dealing with wolves. The media was powerful in getting out the campaign slogan to "restore the balance." Now it's time to actually begin to understand the challenges of living with wolves.

**Marj Perry**
Carbondale

### Evacuation plan necessary

Editor:

Thank you to Jennifer Vanian for her Jan. 25 letter in the Aspen Daily News encouraging us to put "the fire evacuation plan on the table." The 480 Donegan project team is setting the table now to share details of Glenwood Springs' updated fire evacuation management plan, which was submitted to city council on Oct. 14, 2021. Regardless of whether 480 Donegan is developed, an updated emergency evacuation plan remains necessary for the safe egress of residents and the associated revitalization of West Glenwood.

The approved annexation of 480 Donegan includes a requirement that an evacuation plan is in place before any resident moves in. A successful annexation will see R2 Partners assisting the city's planning efforts by providing an additional exit route, providing land for a new fire station and paying $100,000 towards emergency planning and infrastructure.

The city is leading emergency evacuation planning efforts, including working with CDOT on I-70 and Highway 82 emergency egress and traffic control. The plans also call for added I-70 access points at Storm King Road in West Glenwood and at West 1st Street in North Glenwood.

Additionally, the city is looking at Highway 82 traffic mitigation at County Road 154 (Westbank) to control downvalley traffic during an emergency.

Beginning Feb. 7, please visit 480Donegan.com for more information on this project as well as details on the city's updated fire evacuation plan efforts.

**Barry Rosenberg, R2 Partners**
Glenwood Springs



---

**WRITERS ON THE RANGE**

# When will Black history become part of American history?



**Wayne Hare**

It's February — the month we celebrate the achievements and history of Black Americans. You can be sure we'll hear about the brave souls that risked or even gave their lives to achieve rights guaranteed in the Declaration of Independence.

We'll hear about great Black jazz musicians like Duke Ellington and about barrier-breaking athletes like Jackie Robinson. Most have become household names. There will be quotes galore from Rev. Dr. Martin Luther King, Jr.

But there are forgotten and fascinating people we also ought to learn about, such as Bass Reeves, one of the first U.S. marshals appointed to the Indian Territories. He served for 32 years in that capacity, making over 3,000 felony arrests and killing 14 men in the process.

Upon his death in 1910, he received a backhanded tribute in the Muskogee Phoenix: "And it is lamentable that we as white people must go to this poor, simple old negro to learn a lesson in courage, honesty and faithfulness to official duty."

Another person to learn about is Matthew Henson, a courageous Black American who dragged an ailing Robert Peary across the finish line on a sled, making Henson technically the first human ever to reach the North Pole. Yet it was Peary who was lauded and promoted to rear admiral, while Henson was given an honorary burial at Arlington National Cemetery.

Then there's Mary Eliza Mahoney, who, in 1879, became the first Black American to earn a professional nursing license. Unable to get a job in public nursing because of discrimination, she worked as a private nurse, and in 1908, co-founded the National Association of Colored Graduate Nurses.

You will find Black people threaded throughout our complex history, and that is what bothers me about Black History Month: Why does America need a special month to acknowledge that Black Americans are truly a part of our story? Why, in many colleges and high schools, might Black history be taught as its own course, yet when it comes to courses in "American history," Black involvement is mostly confined to the Civil War and the Civil Rights movement? Don't we belong here?

Maybe Senate Minority Leader Mitch McConnell was just confused recently when, after Senate Democrats failed to pass a voting rights act, he said, "African American voters are voting in just as high a percentage as Americans." McConnell said he made an inadvertent mistake.

I look forward to a time when we celebrate Black Americans' full inclusion in the American Dream of democracy and nation building, even if that history includes painful episodes that make us cringe today.

We have had a long fight for rights that we still do not enjoy, like full, unrestricted voting privileges. The recent move of some states to decrease access to the polls seems a throwback to the Jim Crow wave of discrimination that followed the Civil War.

If I seem grouchy, I plead guilty. But what I reckon when I read about the past is that it's been 157 years since the end of the war that freed Black slaves, 68 years after Brown vs. Board of Education mandated equal education for Blacks, 58 years after the Civil Rights Act assured all people equal rights under the law and 57 years after Congress passed the Voting Rights Act, which assured everyone the right to vote. Yet here we are, still on the margins of acceptance.

I want us to acknowledge that Black Americans are a part of the American story, along with its villains and heroes, its quirky individuals and its ordinary and often conflicted citizens. Black Americans should be woven into the narrative because, in fact, Black Americans helped shape the American story, fighting in world wars, pressing for basic rights and working every job they could get in the face of discrimination.

When that's finally accepted, we can let February find something else to tell stories about.

*Wayne Hare is a contributor to Writers on the Range, writersontherange.org. He is a retired backcountry ranger, current wildland fire manager, journalist and founding director of the civilconversationsproject.org.*