Exhibit 3

# COLORADO REPUBLICAN PARTY

Meeting of the State Central Committee

September 18, 2021

Pueblo, Colorado

RESOLUTION ADOPTED BY UNANIMOUS VOTE

WHEREAS, prior to the enactment of ballot Proposition 108 in November of 2016, all Colorado political parties enjoyed the freedom of association guaranteed by the First Amendment to the United States Constitution; and

WHEREAS, until the adoption of that unconstitutional statute in 2016, members of the Colorado Republican Party, a private association properly incorporated in the State of Colorado, enjoyed the rights and benefits of selecting party nominees for the General Election through a primary election open only to members of the Republican Party; and

WHEREAS, a majority of the Colorado Republican Party's State Central Committee supports choosing Republican Party nominees by a primary election at which only registered voters who are members of the Republican Party are eligible to participate; and

WHEREAS, the present Open Primary established by Proposition 108 is clearly a violation of Republican Party members' constitutional rights under the First Amendment of the United States Constitution;

THEREFORE, BE IT RESOLVED, by the elected members of Colorado Republican Party's governing body, the State Central Committee, properly assembled this 18th Day of September, 2021, that a lawsuit is authorized to be initiated in federal district court by the Colorado Republican Party, its members, or both, at the earliest possible date to challenge the constitutionality of Proposition 108; and,

BE IT FURTHER RESOLVED, that the Colorado Republican Party is authorized to provide limited financial support to the litigation through and within the organization's annual budget-making process, with the expectation that adequate additional funding in support of the total expenses of litigation will be forthcoming by way of both pro bono contributions and lawful voluntary donations from interested citizens and organizations acting within applicable state and federal law.