**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-REB

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

### NOTICE OF RELATED CASE

Defendant Jena Griswold, in her official capacity as Colorado Secretary of State, hereby gives notice of a related case under D.C.Colo.LCivR 3.2.

Specifically, *PARABLE v. Griswold*, No. 22-cv-00477-JLK (D. Colo.) is related to the instant case because it involves common facts and claims—both cases involve a constitutional challenge to Colorado's Proposition 108; the defendant here, Secretary Griswold, was also a defendant in *PARABLE*; and the plaintiffs' counsel are the same in both cases. *See* D.C.Colo.LCivR 3.2(b). The complaint here is nearly identical to the complaint in *PARABLE*. Judge Kane presided in *PARABLE*.

Respectfully submitted this 2nd day of August, 2023,

>PHILIP J. WEISER
>Attorney General
>
>*/s/ Grant T. Sullivan*
>GRANT T. SULLIVAN, No. 40151*
>Assistant Solicitor General
>EMILY BURKE BUCKLEY, No. 43250*
>Senior Assistant Attorney General
>Public Officials Unit | State Services Section
>Ralph L. Carr Colorado Judicial Center
>1300 Broadway, 6th Floor
>Denver, CO 80203
>Telephone:  720.508.6349 / 6403
>grant.sullivan@coag.gov
>emily.buckley@coag.gov
>
>*Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State*
>*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I served a true and complete copy of the foregoing **NOTICE OF RELATED CASE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

| | |
|---|---|
| John C. Eastman<br>Anthony T. Caso<br>Constitution Counsel Group<br>1628 N Main St #289<br>Salinas, CA 93906<br>jeastman@ccg1776.com<br>acaso@ccg1776.com | Randy B. Corporon<br>D. Beth Chambers<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S Parker Rd, Ste 555<br>Aurora, CO 80014<br>rbc@corporonlaw.com<br>dbc@corporonlaw.com |

*/s/ Carmen Van Pelt*