IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-REB

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## ENTRY OF APPEARANCE

Kyle M. Holter hereby enters his appearance on behalf of the Defendant, Jena Griswold, in her official capacity as Colorado Secretary of State, in the above captioned matter. Mr. Holter is a member in good standing of the bar of this Court.

Respectfully submitted this 14th day of September, 2023,

        PHILIP J. WEISER
        Attorney General

        */s/ Kyle M. Holter*
        KYLE M. HOLTER, No. 52196*
        Assistant Attorney General
        Public Officials Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone:  720.508.6150
        kyle.holter@coag.gov

        *Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State*
        *Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2023, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

| | |
|---|---|
| John C. Eastman | Randy B. Corporon |
| Anthony T. Caso | D. Beth Chambers |
| Constitution Counsel Group | Law Offices of Randy B. Corporon, P.C. |
| 1628 N Main St #289 | 2821 S Parker Rd, Ste 555 |
| Salinas, CA 93906 | Aurora, CO 80014 |
| jeastman@ccg1776.com | rbc@corporonlaw.com |
| acaso@ccg1776.com | dbc@corporonlaw.com |

                                              */s/ Carmen Van Pelt*