**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Defendant Jena Griswold, in her official capacity as Colorado Secretary of State, files this reply in support of her motion for a twenty-one-day extension of time to respond to the Colorado Republican Party's ("Plaintiff") Complaint under Fed. R. Civ. P. 12(a) and D.C.COLO.LCivR 6.1 (the "Motion").

    1.    Plaintiff contends Defendant has "already had ample time" to prepare an answer or file a motion under Rule 12 because Plaintiffs chose to forego personal service. Resp., p. 1. This was Plaintiff's choice—not Defendant's—and it is irrelevant. Defendant seeks an extension of time not because Defendant has had insufficient time to prepare a responsive pleading, but rather because an event occurring two non-business days before Defendant's deadline to respond may significantly impact the responsive pleading by rendering the Complaint moot or non-justiciable. Mot., ¶ 5.

2. Plaintiff's Response does not contest that the Colorado Republican Party's decision to "opt out" of the semi-open primary by October 1st, 2023, would block unaffiliated voters from voting in its upcoming primary elections. Exercise of the "opt out" option would therefore nullify Plaintiff's alleged injuries. *See, e.g.*, Compl. ¶ 1 (explaining Plaintiff's suit challenges Proposition 108's requirement that Plaintiff "allow voters not affiliated with the party to vote in [its] primary election"); ¶ 5 (alleging the First Amendment protects "the right of political parties to chose their nominees for office without interference by those who . . . have chosen not to affiliate with the party); ¶¶ 13-17 (alleging unaffiliated voters have cast more ballots in recent primaries and "had an outcome-determinative impact" on some); ¶ 36 ("[T]he Fourteenth Amendment prohibits Defendant from abridging Plaintiff's right of free association by forcing it to allow unaffiliated voters . . . to vote in [Plaintiff's] primary election . . . .").

3. Plaintiff, not Defendant, chose to file this lawsuit mere months before its October 1 opt-out deadline and its primary elections. Any of "Plaintiff['s] *Purcell* doctrine concerns," Resp., p. 2, are of Plaintiff's own making.

Accordingly, the Secretary respectfully requests the Court grant the Motion, extending Defendant's time to respond to the complaint by twenty-one days, through and including October 24, 2023.

Respectfully submitted this 29th day of September, 2023.

PHILIP J. WEISER
Attorney General

*/s/ Kyle M. Holter*
GRANT T. SULLIVAN, No. 40151*
Assistant Solicitor General
EMILY BURKE BUCKLEY, No. 43002*
Senior Assistant Attorney General
KYLE M. HOLTER, No. 52196*
Assistant Attorney General
Public Officials Unit | State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone:  720.508.6349; 720.508.6403; 720.508.6150
grant.sullivan@coag.gov;
emily.buckley@coag.gov;
kyle.holter@coag.gov

*Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State*
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I served a true and complete copy of the foregoing **DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

John C. Eastman
Anthony T. Caso
Constitution Counsel Group
1628 N Main St #289
Salinas, CA 93906
jeastman@ccg1776.com
atcaso@ccg1776.com

Randy B. Corporon
D. Beth Chambers
Law Offices of Randy B. Corporon, P.C.
2821 S Parker Rd, Ste 555
Aurora, CO 80014
rbc@corporonlaw.com
dbc@corporonlaw.com

*/s/ Carmen Van Pelt*