IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Motion for Extension of Time to Respond to Complaint** [#21] (the "Motion"). Plaintiff filed a Response [#24] in opposition to the Motion [#21]. The current deadline for Defendant to answer or otherwise respond to the operative complaint is October 3, 2023. Plaintiff is unopposed to a seven-day extension but opposes the 21-day extension requested by Defendant. As a basis for the request, Defendant notes that the Colorado Republican Party's Central Committee is scheduled to meet on September 30, 2023, to consider certain issues which, in Defendant's view, could greatly impact this lawsuit. Plaintiff disagrees whether this meeting will actually affect this action and, given that this suit could affect upcoming elections, argues that any more delay than necessary is unreasonable. Based on the parties' briefs, the Court finds that Defendant has not shown why a 21-day extension is necessary, but that Plaintiff's proposal of seven days is too short, particularly given the holiday on October 2, 2023. Thus, the Court permits a 14-day extension. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED in part**. The deadline for Defendant to answer or otherwise respond to the operative complaint is extended to **October 17, 2023**. **No further extension will be granted absent exceptional cause.**

    Dated: September 29, 2023