## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s/ *John. C. Eastman* | s/ *Kyle M. Holter* |
| John C. Eastman | Emily Buckley, Assistant Attorney General |
| Anthony T. Caso | Grant T. Sullivan, Assistant Solicitor |
| CONSTITUTIONAL COUNSEL GROUP | General |
| 1628 N Main St #289 | Kyle M. Holter, Assistant Attorney General |
| Salinas, CA 93906 | Public Officials Unit / State Services Section |
| Telephone: (909) 257-3869 | Ralph L. Carr Colorado Judicial Center |
| FAX: (714) 844-4817 | 1300 Broadway, 6th Floor |
| E-mail: jeastman@ccg1776.com | Denver, Colorado 80203 |
| | Tel: 720 508-6403 (Buckley) / 6349 |
| Randy B. Corporon | (Sullivan) / 6150 (Holter) |
| D. Beth Chambers | E-Mail: emily.buckley@coag.gov; |
| LAW OFFICES OF RANDY B. | grant.sullivan@coag.gov; |
| CORPORON P.C. | kyle.holter@coag.gov |
| 2821 S. Parker Road, Suite 555 | |
| Aurora, CO 80014 | *Attorneys for Defendant* |
| Telephone: (303) 749-0062 | |
| FAX: (720) 836-4201 | |
| E-mail: rbc@corporonlaw.com | |

*Attorneys for Plaintiff*

**SO ORDERED**

Dated: _____        _____
                            Hon. Kathryn A. Starnella
                            United States Magistrate Judge