# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

<table>
<tr><td>

/s/ *John. C. Eastman*
John C. Eastman
Anthony T. Caso
CONSTITUTIONAL COUNSEL GROUP
1628 N Main St #289
Salinas, CA 93906
Telephone: (909) 257-3869
FAX:  (714) 844-4817
E-mail: jeastman@ccg1776.com

Randy B. Corporon
D. Beth Chambers
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiff*

</td><td>

s/ *Kyle M. Holter*
Emily Buckley, Assistant Attorney General
Grant T. Sullivan, Assistant Solicitor General
Kyle M. Holter, Assistant Attorney General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Tel: 720 508-6403 (Buckley) / 6349 (Sullivan) / 6150 (Holter)
E-Mail: emily.buckley@coag.gov;
grant.sullivan@coag.gov;
kyle.holter@coag.gov

*Attorneys for Defendant*

</td></tr>
</table>

**SO ORDERED**

Dated: __11/17/2023__                          _____
                                               Hon. Kathryn A. Starnella
                                               United States Magistrate Judge