IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-REB

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Assistant Solicitor General, Grant T. Sullivan, counsel for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Sullivan states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

3. The withdrawing attorney certifies that he has complied with all outstanding order of the Court.

4. Attorneys Emily Burke Buckley and Kyle M. Holter remain active counsel for the Secretary of State.

Respectfully submitted this 22nd day of December, 2023.

> PHILIP J. WEISER
> Attorney General
>
> s/ Grant T. Sullivan
> *Grant T. Sullivan*
> Assistant Solicitor General
> Public Officials Unit / State Services Section
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, Colorado 80203
> Telephone: 720-508-6349
> E-Mail: grant.sullivan@coag.gov
>
> *Attorney for Defendant Jena Griswold*
> *Counsel of Record