IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The matter before the Court is the Joint Status Report [Docket No. 42] outlining the parties' positions as to the type and length of hearing that each party requests on plaintiff's motion for a preliminary injunction. *Id*. at 1.

    Plaintiff requests only oral argument totaling four hours, while defendant requests an evidentiary hearing lasting approximately one to two days. *Id*. at 1, 3-4. Defendant additionally asks the Court to take judicial notice of the proceedings in *Parable v. Griswold*, Case No. 22-cv-00477-JLK, a case in this district involving "an identical challenge to Proposition 108." *Id*. at 2 n.1. While the Court does not believe it is appropriate to take "judicial notice" of the testimony at the *Parable* preliminary injunction hearing unless both sides agree, agreement on that issue could conserve time at the preliminary injunction hearing. Accordingly, it is hereby

    **ORDERED** that, on or before **Thursday, January 4, 2024**, the parties shall file a **joint status report** indicating whether the parties agree that the Court may consider the testimony of certain witnesses from the April 5, 2022 preliminary injunction hearing in *Parable*. The parties' agreement, if any, could include the parties being allowed to recall and cross-examine those witnesses from Case No. 22-cv-00477-JLK to supplement their *Parable* testimony. The parties would be permitted to call other relevant witnesses, but agreement on the Court's ability to consider certain witnesses' testimony from *Parable* may reduce the length of live witness testimony.

    DATED January 2, 2024.