IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The matter before the Court is the Joint Status Report [Docket No. 44]. Both parties agree that the Court may take judicial notice of relevant testimony from the preliminary injunction hearing in Case No. 22-cv-00477-JLK, provided that the parties are allowed to recall and cross examine those witnesses. *Id*. at 2.

    The Court intends to hold a preliminary injunction hearing on **Tuesday, January 23, 2024**. In order for the Court to determine the appropriate length of such hearing, plaintiff shall file a witness list on or before **Monday, January 8, 2024 at 2:00 p.m**., using the form found at http://www.cod.uscourts.gov/JudicialOfficers/Active ArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses, if any, plaintiff intends to call, the estimated length of their direct examinations, and the subject matter of each witness's testimony. Defendant shall file, on or before **Tuesday, January 9, 2024 at 2:00 p.m.**, using the same form, a witness list for the hearing, which shall include estimates of the time required for cross-examining plaintiff's witnesses, estimates of time for conducting the direct examination of any witnesses defendant intends to call, and the subject matter of each defense witness's testimony.

    The parties shall also indicate which witnesses' testimony from the preliminary injunction hearing in Case No. 22-cv-00477-JLK that each party might request the Court take judicial notice of, and the general subject matter of such testimony. The Court understands that the parties do not currently have access to the transcript from that hearing. Therefore, the parties may provide a brief description of the general subject matter.

    DATED January 5, 2024.