IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    The preliminary injunction hearing is set for **Tuesday, January 23, 2024** and **Wednesday, January 24, 2024**.  Each side will be given five hours and 30 minutes cumulatively to conduct both its direct examinations and cross-examinations.  The Court will keep track of each side's time.  If, for instance, one side uses five hours and 30 minutes to conduct its direct examinations, it will have no time left to cross-examine the opposing side's witnesses.  At the close of the evidence, each party will have approximately 45 minutes for legal argument on the preliminary injunction motion.

    The hearing will begin at 8:00 a.m. each day.  There will be two 15-minute breaks at approximately 10:00 a.m. and 3:00 p.m.  A one-hour lunch break will be taken at approximately 12:00 p.m.

    The parties note that several witnesses are only available to testify remotely. *See* Docket No. 46 at 2; Docket No. 47 at 3-4.  If the parties seek to have any witnesses appear remotely, the parties must file a motion to that effect.  *See* Fed. R. Civ. P. 43(a) ("For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."); *Gil-Leyva v. Leslie*, 780 F. App'x 580, 588 (10th Cir. 2019) (unpublished) (noting that remote testimony is permissible with "appropriate safeguards" that "ensure (i) accurate identification of the witness; (ii) protection against any outside influence on the witness; and (iii) accurate transmission.").  Any motion should assure the Court that the witness will have adequate bandwidth for a video teleconference ("VTC") connection if appearing by VTC.  It is therefore

**ORDERED** that the Court will hold a preliminary injunction hearing on **Tuesday, January 23, 2024** and **Wednesday, January 24, 2024**, beginning each day at 8:00 a.m.  It is further

**ORDERED** that, on or before **Friday, January 12, 2024 at 4:00 p.m.**, plaintiff shall file a notice designating the pages and line numbers of witness testimony from the preliminary injunction hearing in Case No. 22-cv-00477-JLK that plaintiff requests the Court take judicial notice of.  It is further

**ORDERED** that, on or before **Tuesday, January 16, 2024 at 4:00 p.m.**, defendant shall file a notice designating the pages and line numbers of witness testimony from the preliminary injunction hearing in Case No. 22-cv-00477-JLK that defendant requests the Court take judicial notice of.  It is further

**ORDERED** that, on or before **Wednesday, January 17, 2024 at 4:00 p.m**., the parties shall submit exhibit lists, using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.  It is further

**ORDERED** that, on or before **Wednesday, January 17, 2024 at 4:00 p.m.**, the parties shall exchange exhibits and submit the exhibits to the Court electronically.

DATED January 9, 2024.