IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF TRANSCRIPT DESIGNATIONS

In its Order of January 9, 2024 (Dkt. #48), the Court directed Plaintiff to file by 4:00 p.m. on January 12, 2024 "a notice designating the pages and line numbers of witness testimony from the preliminary injunction hearing in Case No. 22-cv-00477-JLK that plaintiff requests the Court to take judicial notice of." Dkt. 48, at 2. It directed defendant to file a similar notice of designation by 4:00 p.m. on January 16, 2024.

As the parties have previously advised the court (Dkt. #44, at 1 n.1 and 2), a transcript was not prepared at the time, and the court reporter was unavailable for a short turn-around. In the Joint Status Report filed on January 4, 2024, Defendant Secretary of State represented to the Court that she would "request that the court reporter, Kevin Carlin, prepare a transcript of the Parable hearing and file it with the Court in this case." *Id.* at 2. Upon receipt of the Court's January 9 order, Counsel for Plaintiff contacted Counsel for Defendant to ascertain the status of the transcript order, and was informed that the Secretary had not yet ordered the transcript. On January 11, 2024, counsel for

Defendant advised counsel for Plaintiff that the transcript has now been ordered, and that it should be available early next week or perhaps even late on Friday, January 12, 2024.

Plaintiff will therefore be unable to file its notice of designation by the deadlines set by the Court. Plaintiff therefore requests an extension of its deadline to file a notice of designation to 4:00 p.m. on January 18, 2024. Defendant does not oppose Plaintiff's request for an extension, provided that Plaintiff will not oppose a commensurate extension for Defendant's deadline.

Respectfully Submitted,

/s/ John C. Eastman
John C. Eastman
Anthony T. Caso
CONSTITUTIONAL COUNSEL GROUP
1628 N Main St #289
Salinas, CA 93906
Telephone: (909) 257-3869
FAX:  (714) 844-4817
E-mail: jeastman@ccg1776.com

Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## [Proposed] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF TRANSCRIPT DESIGNATIONS

This matter comes before the Court on Plaintiff Colorado Republican Party's Unopposed Motion for Extension of Time to File Notice of Transcript Designations, filed on January 12, 2024. The Court, having reviewed the Unopposed Motion, hereby ORDERS that the Unopposed Motion to File Brief Exceeding Page Limitations is GRANTED. Plaintiff shall file its notice of designation of transcript by 4:00 p.m. on January 18, 2024.

Dated this _____ day of January, 2024

                                                                      _____

                                                               Chief Judge Philip A. Brimmer

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th Day of January, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of
such filing to all counsel of record in the instant case.

                                                  /s/ John C. Eastman