**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:23-cv-01948 -PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    *Plaintiff*,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    *Defendants*.

---

**PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiff, through undersigned counsel and pursuant to Fed. Rule Civ. P. 12(a) and D.C.COLO.LCivR 6.1, respectfully moves this Honorable Court, for an extension of time to file its Reply in support of its Motion for Preliminary Injunction through and including Friday, January 19, 2024, at 5 pm.  As good cause, Plaintiff states as follows:

Certificate of Conferral: undersigned counsel conferred with Defendant's counsel pursuant to D.C.COLO.LCivR 7.1(A) who indicates that the Secretary would not oppose an extension to 5 pm on Thursday, January 18, 2024, and takes no position on the request for enlargement to Friday.  Undersigned counsel reached out to Defendant's counsel with more details regarding the need to extend to Friday but has not yet received a response.

1.  Plaintiff filed its Motion for Preliminary Injunction on December 22, 2023 (Docket 39). The Court ordered any Response to be filed by January 10, 2024, at 5 p.m. and any Reply to be filed by today, January 17, 2024, by 5 p.m. (Docket 41).  Defendant's Response was filed on

January 10, 2024 (Docket 51).  Plaintiff has not previously sought an extension of this deadline.

 2.   Both counsel for Plaintiff were stricken with flu-like symptoms over the weekend.  Undersigned counsel has improved but co-counsel's recovery has been slower.  In addition, undersigned counsel has been rocked by the recent death of his oldest and best friend and an unrelated suicide attempt by another, both causing delays and absences from work.

 3.   In addition, co-counsel is traveling tomorrow so will only be able to work for part of the day.

 4.   Plaintiff would like to reply to some specific arguments made by Defendant, but will not be able to complete the Reply by the Court's deadline today.

 5.   Plaintiff's counsel are still working to comply with the Court's other deadlines of 4 p.m. today for the exchange and filing of exhibits and 5 p.m. for designation of transcripts, and expect to do so.

 6.   There are no other events or requirements triggered by the filing of Plaintiff's Reply.  The hearing and argument on the underlying motion are already set and not expected to complete before Wednesday, January 24, 2024.  Therefore, no party will be prejudiced by this brief extension and the Court should not be delayed in any manner.

  Accordingly, Plaintiff respectfully requests a 48-hour extension of its Reply deadline to 5 p.m. on January 19, 2024.

                Respectfully Submitted,

                /s/ *Randy B. Corporon*
                Randy B. Corporon
                Law Offices of Randy B. Corporon, P.C.
                2821 S. Parker Road, Suite 555
                Aurora, CO 80014
                Telephone: (303) 749-0062

E-mail: rbc@corporonlaw.com

John C. Eastman
Anthony T. Caso
Constitutional Counsel Group
1628 N Main St #289
Salinas, CA 93906
Telephone: (909) 257-3869
E-mail: jeastman@ccg1776.com

*Attorneys for Plaintiff, Colorado Republican Party*

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I sent a copy of **PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** upon all parties herein by e-filing with the CM/ECF system maintained by the Court and/or email, addressed as follows:

Emily B. Buckley
Kyle M. Holter
LeeAnn Morrill
Colorado Attorney General's Office
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 Broadway
Denver, CO 80203
emily.buckley@coag.gov
kyle.holter@coag.gov
leeann.morrill@coag.gov

/s/ *Claudine Weaver*
Claudine Weaver, Paralegal