IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01948 -PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

*Plaintiff*,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

*Defendants*.

**[Proposed] ORDER GRANTING PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

This matter comes before the Court on Plaintiff Colorado Republican Party's Partially Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction, filed on January 17, 2024. The Court, having reviewed the motion and finding good cause, hereby ORDERS that the Partially Unopposed Motion to File Reply in support of Motion for Preliminary Injunction is GRANTED. Plaintiff shall file its Reply by ___ p.m. on January ___, 2024.

Dated this _____ day of January, 2024

_____
Chief Judge Philip A. Brimmer