IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:   23-cv-01948-PAB-KAS | Date:  January 24, 2024 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members, | Randy Corporon<br>John Eastman |
| Plaintiff, | |
| v. | |
| JENA GRISWOLD, in her official capacity as Colorado Secretary of State, | Kyle Holter<br>Oliva Probetts<br>Talia Kraemer<br>LeeAnn Morrill |
| Defendant. | |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING – Day 2**

**8:01 a.m.     Court in session.**

Defendant's witness, Hilary Rudy, resumes.

Continued direct examination of Ms. Rudy by Mr. Holter.

8:16 a.m.     Cross examination of Ms. Rudy by Mr. Corporon.

9:08 a.m.     Redirect examination of Ms. Rudy by Mr. Holter.

Comments by Ms. Rudy in response to the Court's questions.

Defendant's witness, Todd Davidson, sworn.

9:18 a.m.     Direct examination of Mr. Davidson by Ms. Morrill.

**Exhibit N is admitted.**

9:51 a.m.      Cross examination of Mr. Davison by Mr. Corporon.

Comments by Mr. Davidson in response to the Court's questions.

Defendant's witness, Richard Wadhams, sworn.

9:56 a.m.      Direct examination of Mr. Wadhams by Ms. Probetts.

10:16 a.m.     Cross examination of Mr. Wadhams by Mr. Corporon.

10:24 a.m.     Redirect examination of Mr. Wadhams by Ms. Probetts.

**10:27 a.m.     Court in recess.**
**10:46 a.m.     Court in session.**

Discussion regarding an additional person seated at Plaintiff's counsel table.

Defendant's witness, John Sides, sworn.

10:48 a.m.     Direct examination of Mr. Sides by Ms. Kraemer.

**Exhibit E is admitted.**

11:16 a.m.     Cross examination of Mr. Sides by Mr. Corporon.

Defense rests.

**11:25 a.m.     Court in recess.**
**11:36 a.m.     Court in session.**

Plaintiff's witness, Tom Bjorklund, recalled for rebuttal.

11:37 a.m.     Direct examination of Mr. Bjorklund by Mr. Corporon.

11:52 a.m.     Cross examination of Mr. Bjorklund by Mr. Holter.

12:02 p.m.     Evidence is closed.

Court reviews admitted exhibits with counsel.

Discussion regarding transcript designations [58] and scheduling.

**12:09 p.m.     Court in recess.**
**1:12 p.m.      Court in session.**

1:13 p.m.     Plaintiff's closing argument by Mr. Eastman.

1:53 p.m.     Denfendant's closing argument by Mr. Holter.

2:32 p.m.     Plaintiff's closing rebuttal argument by Mr. Eastman.

Discussion regarding transcript designations [58].

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction [39] is TAKEN UNDER ADVISEMENT. The Court will issue a written order.

**2:42 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    5:08