# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendant Jena Griswold, in her official capacity as Colorado Secretary of State, respectfully requests that the Court amend the affirmative expert designation and disclosure deadline in the Scheduling Order (Doc. 32) by 14 days. As good cause for this Motion, Defendant states as follows.

Certificate of Conferral: the undersigned conferred with Plaintiff's counsel pursuant to D.C. COLO.LCivR 7.1(A). Plaintiff does not oppose the relief sought in this motion.

1.    Pursuant to the Scheduling Order, the parties shall designate all experts and provide opposing counsel with all the information specified in Fed. R. Civ. P. 26(a) by March 15, 2024. Defendant has not previously sought an extension of this deadline.

2. As set forth in the Scheduling Order, the parties anticipate expert testimony on the following issues, without limitation:

- The impact to candidates and Republican voters of unaffiliated voters participating in Republican primary elections.
- The governmental interests asserted or to be asserted by Defendant.
- Voting thresholds mandated by the opt-out provision of Proposition 108.
- Colorado's interests in establishing the semi-open primary system under Proposition 108.
- The implementation of voting thresholds in the decision-making processes of political parties and the relative advantages thereof.

3. The Secretary's counsel and anticipated expert(s) have made significant progress on the disclosures required under Fed. R. Civ. P. 26(a)(2), but due to outside obligations of one anticipated expert, who will be unavailable between March 10 and March 16, and the importance of accounting for the findings in this Court's Order Denying Plaintiff's Motion for Preliminary Injunction (Doc. 69), entered February 2, 2024, the Secretary requests that the Court grant the parties an additional 14 days to produce their affirmative expert designations and disclosures.

4. No party will be prejudiced by the proposed extension, and Plaintiff does not oppose the extension of the affirmative expert designation and disclosure deadline sought in this Motion.

WHEREFORE, the Secretary respectfully requests that the Court amend the Scheduling Order to extend the deadline for providing expert designations and disclosures by 14 days, through and including March 29, 2024.

Respectfully submitted this 7th day of March, 2024.

        PHILIP J. WEISER
        Attorney General

        */s/ Kyle M. Holter*
        EMILY BURKE BUCKLEY, No. 43002*
        Senior Assistant Attorney General
        KYLE M. HOLTER, No. 52196*
        Assistant Attorney General
        LEEANN MORRILL, No. 38742*
        First Assistant Attorney General
        OLIVIA PROBETTS, No. 56785*
        Assistant Attorney General Fellow
        TALIA KRAEMER, No. 57619*
        Assistant Attorney General
        Public Officials Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone:  720.508.6403; 720.508.6150; 720.508.6159; 720.508.6448; 720.508.6544
        emily.buckley@coag.gov; kyle.holter@coag.gov; leeann.morrill@coag.gov; olivia.probetts@coag.gov; talia.kraemer@coag.gov

        *Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State*
        *Counsel of Record