IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [#70] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED**. The affirmative expert designation and disclosure deadline is extended to **March 29, 2024**.

Dated: March 8, 2024