**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

---

**JOINT STIPULATION AND REQUEST FOR MODIFICATION
OF DISCOVERY AND DISPOSITIVE MOTIONS SCHEDULE**

---

Plaintiff COLORADO REPUBLICAN PARTY and Defendant JENA GRISWOLD (collectively, the "Parties"), through their counsel, hereby jointly stipulate to and request a modification to the discovery and dispositive motions scheduling deadlines.  Currently, as established by the Scheduling Orders of November 2, 2023 (Dkt. #31 and 32), and as modified by Minute Order of March 8, 2024 (Dkt. #72), the schedule is as follows: 1) designation of experts and disclosure of expert reports is due March 29, 2024; 2) the deadline for service of interrogatories, requests for production of documents and/or admissions is April 11, 2024; 3) the deadline for designation of rebuttal experts is April 26, 2024; 4) the deadline for close of discovery is May 26, 2024; and 5) the deadline for dispositive motions is June 25, 2024.

Defendant had previously requested an extension of the expert designation deadline from March 15, 2024 to March 29, 2024.  The parties now jointly stipulate and request approval for a modification of the above deadlines by approximately four weeks, as follows:

1. April 26, 2024 for Expert Designations

2. May 10, 2024 for service of interrogatories, requests for production of documents and/or admission

3. May 24, 2024 for Rebuttal Expert Designations

4. June 28, 2024 for Close of Discovery

5. July 26, 2024 for Dispositive Motions.

Neither party will be prejudiced by this alteration of the discovery and dispositive motions schedule. Good cause exists for the modifications to the Scheduling Order because, although the parties have been diligent in their efforts during the allotted time, the parties require additional time in which to complete discovery in light of Chief Judge Brimmer's Order of February 2, 2024.

WHEREFORE, the parties jointly stipulate to and request the Court's approval of the above modification to the discovery and dispositive motions schedule.

Respectfully Submitted this 27th Day of March, 2024.

/s/ John C. Eastman
John C. Eastman
Anthony T. Caso
CONSTITUTIONAL COUNSEL GROUP
1628 N Main St #289
Salinas, CA 93906
Telephone: (909) 257-3869
FAX: (714) 844-4817
E-mail: jeastman@ccg1776.com

Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Phone: (303) 749-0062; FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiff*

        PHILIP J. WEISER
        Attorney General

        <u>/s/ Kyle M. Holter</u>
        EMILY BURKE BUCKLEY, No. 43002*
        Senior Assistant Attorney General
        KYLE M. HOLTER, No. 52196*
        Assistant Attorney General
        LEEANN MORRILL, No. 38742*
        First Assistant Attorney General
        TALIA KRAEMER, No. 57619*
        Assistant Attorney General
        Public Officials Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone: 720.508.6403; 720.508.6150;
        720.508.6159; 720.508.6448; 720.508.6544
        emily.buckley@coag.gov; kyle.holter@coag.gov;
        leeann.morrill@coag.gov; olivia.probetts@coag.gov;
        talia.kraemer@coag.gov

        Attorneys for Defendant Jena Griswold, in her
        official capacity as Colorado Secretary of State

        *Counsel of Record

I hereby attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

        <u>/s/ John C. Eastman</u>
        CONSTITUTIONAL COUNSEL GROUP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,
v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

**[Proposed] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR MODIFICATION OF DISCOVERY AND DISPOSITIVE MOTIONS SCHEDULE**

This matter comes before the Court on the Joint Stipulation and Request for Modification of Discovery and Dispositive Motions Schedule, filed jointly by Plaintiff Colorado Republican Party and Defendant Jena Griswold on March 26, 2024.  The Court, having reviewed the Joint Stipulation and Request, hereby ORDERS that the Stipulated Request is GRANTED.  The discovery and dispositive motions schedule is modified as follows:

1. April 26, 2024 for Expert Designations
2. May 10, 2024 for service of interrogatories, requests for production and/or admission
3. May 24, 2024 for Rebuttal Expert Designations
4. June 28, 2024 for Close of Discovery
5. July 26, 2024 for Dispositive Motions.

Dated this _____ day of March, 2024

                                              _____

CERTIFICATE OF SERVICE

I hereby certify that on this 27th Day of March, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the instant case.

/s/ John C. Eastman