IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [#73] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#73] is **GRANTED**. The affirmative expert designation and disclosure deadline is extended to **April 26, 2024**. The deadline for service of interrogatories and requests for production of documents and/or admission is extended to **May 10, 2024**. The rebuttal expert designation and disclosure deadline is extended to **May 24, 2024**. The discovery cutoff is extended to **June 28, 2024**. The dispositive motions deadline is extended to **July 26, 2024**.

    Dated: March 29, 2024