**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

---

**JOINT STIPULATION AND MOTION FOR MODIFICATION
OF DISCOVERY AND DISPOSITIVE MOTIONS SCHEDULE**

---

Plaintiff COLORADO REPUBLICAN PARTY and Defendant JENA GRISWOLD, in her official capacity, (collectively, the "Parties"), through their counsel, hereby jointly stipulate to and request a modification to the discovery and dispositive motions scheduling deadlines in this matter. As good cause for this Motion, the Parties state as follows:

    1.    As established by the Scheduling Orders of November 2, 2023 (Dkt. #31 and 32), and as modified by Minute Orders of March 8, 2024 (Dkt. #72) and March 29, 2024 (Dkt. #75), the schedule is as follows: 1) the deadline for service of interrogatories, requests for production of documents and/or admissions is May 10, 2024; 2) the deadline for designation of rebuttal experts is May 24, 2024; 4) the discovery cutoff is June 28, 2024; and 5) the deadline for dispositive motions is July 26, 2024.

2. The parties now jointly stipulate and request approval for a modification of the above deadlines, as follows:

- May 17, 2024, for service of interrogatories, requests for production of documents and/or admission.

- June 28, 2024, for rebuttal expert designations.

- July 31, 2024, for the discovery cutoff.

- August 30, 2024, for dispositive motions.

3. The Parties exchanged affirmative expert reports on April 26, 2024. The Parties seek a modification of the above deadlines to facilitate the continued cooperative exchange of documents and scheduling of depositions. The final pre-trial conference in this matter is set for January 6, 2025, meaning the requested modifications to the discovery and dispositive motions schedule will not impact other case deadlines.

4. Neither party will be prejudiced by this alteration of the discovery and dispositive motions schedule.

WHEREFORE, the Parties jointly stipulate to and request the Court's approval of the above modifications to the discovery and dispositive motions schedule.

Respectfully submitted this 9th day of May, 2024.

/s/ *Randy B. Corporon*
Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiff*

PHILIP J. WEISER
Attorney General

/s/ *Kyle M. Holter*
EMILY BURKE BUCKLEY, No. 43002*
Senior Assistant Attorney General
KYLE M. HOLTER, No. 52196*
Assistant Attorney General
LEEANN MORRILL, No. 38742*
First Assistant Attorney General
OLIVIA PROBETTS, No. 56785*
Assistant Attorney General Fellow
TALIA KRAEMER, No. 57619*
Assistant Attorney General
Public Officials Unit | State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: 720.508.6403; 720.508.6150; 720.508.6159; 720.508.6448; 720.508.6544
emily.buckley@coag.gov; kyle.holter@coag.gov; leeann.morrill@coag.gov; olivia.probetts@coag.gov; talia.kraemer@coag.gov

Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State

*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Randy B. Corporon
D. Beth Chambers
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

                                    *s/ Carmen Van Pelt*