**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,
v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

---

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION FOR MODIFICATION OF DISCOVERY AND DISPOSITIVE MOTIONS SCHEDULE**

---

This matter comes before the Court on the Joint Stipulation and Motion for Modification of Discovery and Dispositive Motions Schedule, filed jointly by Plaintiff Colorado Republican Party and Defendant Jena Griswold on May 9, 2024. The Court, having reviewed the Joint Stipulation and Motion, hereby ORDERS that the Motion is GRANTED. The discovery and dispositive motions schedule is modified as follows:

1. May 17, 2024, for service of interrogatories, requests for production of documents and/or admission.
2. June 28, 2024, for rebuttal expert designations.
3. July 31, 2024, for the discovery cutoff.
4. August 30, 2024, for dispositive motions.

Dated this _____ day of May, 2024

                                        _____