**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

---

**JOINT MOTION FOR MODIFICATION
OF SCHEDULING ORDER**

---

Plaintiff COLORADO REPUBLICAN PARTY and Defendant JENA GRISWOLD, in her official capacity, (collectively, the "Parties"), through their counsel, hereby jointly stipulate to and request a modification to the scheduling order in this matter. As discussed further below, the Parties jointly request a four-month extension of the discovery schedule because (1) an internal dispute over the Colorado Republican Party's leadership has complicated Plaintiff's ability to respond to discovery or otherwise act on behalf of the Colorado Republican Party in this matter, and (2) a ballot initiative to be voted on this November may impact the nature of, or possibly moot, Plaintiff's claims in this lawsuit. As good cause for this Motion, the Parties state as follows:

    1.    As established by the Scheduling Orders of November 2, 2023 (Dkt. ##31 and 32), and as modified by Minute Orders of March 8, 2024 (Dkt. #72), March 29, 2024 (Dkt. #75),

May 16, 2024 (Dkt. #80), and July 26, 2024 (Dkt. #83) the schedule is as follows: 1) the discovery cutoff is October 4, 2024; 2) the deadline for dispositive motions is November 8, 2024; 3) the final pretrial conference is set for January 6, 2025.

    2.    The parties now jointly request approval for a modification of the above deadlines, as follows:

- February 7, 2025, for the discovery cutoff
- March 14, 2025, for dispositive motions
- A final pre-trial conference to occur no earlier than May 19, 2025

    3.    The Parties exchanged affirmative expert reports on April 26, 2024; Defendant provided Plaintiff with rebuttal expert reports on June 28, 2024; and the Parties responded to written discovery and exchanged responsive documents on June 17, 2024. Plaintiff made a supplemental production of responsive documents on July 19, 2024. In the parties' July 26 Joint Motion to Modify Scheduling Order, Plaintiff indicated it "intend[s] to make a second supplemental production of responsive documents by or before August 9, 2024." Plaintiff now intends to make a second supplemental production of responsive documents by or before December 18, 2024.

    4.    Defendant has noticed six depositions of Plaintiff's expert witnesses, fact witnesses, and a 30(b)(6) designee for the Colorado Republican Party to occur on September 25, 27, and 30 and October 1, 2, and 3. The scheduling of depositions of Defendant, Defendant's expert, and other witnesses has been discussed between counsel to occur within the same timeframe but none have been formally noticed.

5. The Parties seek a modification of the discovery cutoff, dispositive motions deadline, and the final pre-trial conference pending resolution of a dispute over Plaintiff's leadership, as well as the outcome of a ballot initiative that will be voted on in November that may impact or potentially moot Plaintiff's claims.

6. Two sets of individuals currently claim to be the Colorado Republican Party's leaders. In a lawsuit filed on August 28, 2024, in El Paso County District Court, Eli Bremer (taking the position that he is the current Chairman of the Colorado Republican Party's state central committee), as well as state central committee members Nancy Pallozzi and Todd Watkins, seek a declaratory judgment that Defendants David Williams, Hope Scheppelman, and Anna Ferguson (who served as the party's Chairman, Vice Chair, and Secretary respectively at least until August 24, 2024, and continue to take the position that they hold those offices) were removed from their offices effective August 24, 2024, during a party meeting. *See* Complaint, *Colorado Republican State Central Committee v. Williams* ("*CRC v. Williams*"), No. 2024CV31638 (El Paso Dist. Ct. Aug. 28, 2024) (attached hereto as Ex. 1). The plaintiffs in that suit also seek a judgment that actions taken by Williams, Scheppelman, and Ferguson after August 24 "are void and have no force or effect." *Id.* at 13. A trial has been set to occur in *CRC v. Williams* on October 14, 2024.

7. Defendants have noticed depositions of Williams, to occur on September 25, 2024, and Ferguson, to occur on September 27, 2024. Defendants have also noticed a 30(b)(6) deposition of Plaintiff the Colorado Republican Party on October 1, 2024, and Plaintiff has indicated it intends to designate Williams as the Party's 30(b)(6) witness. If the plaintiffs in *CRC v. Williams* are successful, a declaratory judgment in their favor would call into doubt the

depositions scheduled to occur before the close of discovery on October 4, 2024, as well as other actions taken by the Colorado Republican Party and its officials after August 24. Delaying the close of discovery until *CRC v. Williams* has resolved will allow the Parties to conduct the necessary depositions, including depositions of appropriately designated party witnesses, after the current dispute over the identity of the party's authorized agents has been resolved.

8. Relatedly, Plaintiff's efforts in this lawsuit have already been complicated and delayed by the *CRC v. Williams* lawsuit. Plaintiff's counsel works for the Colorado Republican Party and not any individuals. Upon Plaintiff's counsel's information and belief, the plaintiffs in *CRC v. Williams* are opposed to the relief sought in this matter and would seek dismissal if declared to be the Colorado Republican Party's leaders. In the Parties' July 26 Joint Motion to Modify Scheduling Order, Plaintiff indicated it "intend[s] to make a second supplemental production of responsive documents by or before August 9, 2024." However, Plaintiff now intends to make a second supplemental production of responsive documents by or before December 18, 2024. The impact of the party leadership dispute on Plaintiff's ability to timely complete its document production before the Parties conduct depositions and to otherwise act on behalf of the Colorado Republican Party is further good cause for extension of the discovery schedule.

9. Finally, the Colorado Secretary of State recently certified Initiative 2023-2024 #310 (#310) to the ballot for Colorado's November 5, 2024, elections. If adopted by the voters and implemented, #310 would eliminate the partisan primaries challenged by Plaintiff in this lawsuit, replacing those primaries with an all-candidate primary election. Adoption and implementation of #310 by Colorado's voters in November, therefore, poses a significant risk of

mooting Plaintiff's lawsuit. Delaying discovery until after the November 5, 2024, election, would conserve the Parties' and the Court's resources pending potential mootness.

10. Neither party will be prejudiced by this alteration of the discovery and dispositive motions schedule.

WHEREFORE, the Parties jointly request the Court's approval of the above modifications to the scheduling order in this matter.

Respectfully submitted this 19th day of September, 2024.

/s/ Randy B. Corporon
Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiff*

PHILIP J. WEISER
Attorney General

/s/ Kyle M. Holter
LEEANN MORRILL, No. 38742*
First Assistant Attorney General
KYLE M. HOLTER, No. 52196*
Assistant Attorney General
TALIA KRAEMER, No. 57619*
Assistant Solicitor General
Public Officials Unit | State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: 720.508.6159; 720.508.6150; 720.508.6544
leeann.morrill@coag.gov; kyle.holter@coag.gov; talia.kraemer@coag.gov

5

Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State

*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
5445 DTC Parkway, Suite 825
Greenwood Village, CO 80111
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

                                           *s/ Carmen Van Pelt*