IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [#84] (the "Motion"). This is the parties' fourth joint request for modification of the deadlines below. *See Minute Orders* [#75, #80, #83]. For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#84] is **GRANTED**. The discovery cutoff is extended to **February 7, 2025**. The dispositive motions deadline is extended to **March 14, 2025**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 6, 2025, at 9:30 a.m. is **VACATED** and **RESET** to **June 13, 2025**, at **11:00 a.m.** in Courtroom C204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted **on or before June 6, 2025**.

    Dated: September 27, 2024