# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **COLORADO REPUBLICAN PARTY,** an unincorporated nonprofit association, on behalf of itself and its members,<br><br>*Plaintiff*,<br><br>v.<br><br>**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State,<br><br>*Defendant*. | Civil Action No. 1:23-cv-01948-REB<br><br>**MOTION TO WITHDRAW OF APPEARANCE OF ANTHONY T. CASO** |

### CERTIFICATION REGARDING USE OF ARTIFICIAL INTELIGENCE FOR DRAFTING

The undersigned counsel hereby certifies that no portion of this motion was drafted using Artificial Intelligence.

### MOTION

Pursuant to D.C. COLO.LAttyR 5(b), Anthony T. Caso hereby moves to withdraw as counsel for Plaintiff Colorado Republican Party. In support of this motion Mr. Caso states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion. Mr. Caso has retired from his law firm, Constitutional Counsel Group.

2. In addition to Mr. Caso, Randy Blair Corporon of the Law Offices of Randy B. Corporon, Alexander H. Haberbush of Lex Rex Institute, and William E. Trachman of Mountain States Legal Foundation are presently entered as attorneys of record for Plaintiff and will continue such representation. Accordingly, Plaintiff will not be impacted by the withdrawal of Mr. Caso as counsel of record.

3. Under D.C.COLO.LAttyR 5(b), notice of undersigned counsel's withdrawal as defense counsel in this lawsuit has been provided to Plaintiff and Defendants, as certified to in the Certificate of Service below.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order approving the withdrawal of Anhtony T. Caso as counsel of record and that electronic service to Mr. Caso in this matter via the CM/ECF system be terminated.

DATED this 31st day of March 2025.

Respectfully submitted,

*/s/ Anthony T. Caso*
Anthony T. Caso, CA Bar #088561
CONSTITUTIONAL COUNSEL GROUP
1628 N Main St #289
Salinas, CA 93906
Tele: (916) 601-1916
atcaso@ccg1776.com

Randy B. Corporon
Law Offices of Randy B. Corporon PC
5445 DTC Parkway, STE 825
Greenwood Village, CO 80111
rbc@corporonlaw.com

2

Alexander H. Haberbush
Lex Rex Institute
444 West Ocean Blvd., STE 1403
Lon Beach, CA 90802
ahaberbush@lexrex.org

William E. Trachman
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
wtrachman@mslegal.org

*Attorneys for Plaintiff*
Colorado Republican Party

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Grant T. Sullivan, grant.sullivan@coag.gov
Emily Burke Buckley, emily.buckley@coag.gov
Randy Corporon, rbc@corporonlaw.com
D. Beth Chambers, dbc@corporonlaw.com
Alexander H. Haberbush, ahaberbush@lexrex.org
William E. Trachman, wtrachman@mslegal.org

/s/ Anthony T. Caso