IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-REB

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## DECLARATION OF HILARY RUDY

I, Hilary Rudy, declare as follows:

1. I am over 18 years of age.

2. I am employed by the State of Colorado Department of State as the Deputy Elections Director. I have served in that capacity for approximately nine years. I hold a law degree from Thomas Jefferson School of Law, and an undergraduate degree in Business Management from Colorado Mesa University, formerly Mesa State College.

3. By virtue of my position, I have personal knowledge of the matters set forth in this declaration.

4. As the Deputy Elections Director, I am familiar with the provisions of Proposition 108, an initiative approved by Colorado voters in 2016 that affords unaffiliated voters the opportunity to cast ballots in a nonpresidential primary of a single political party. I am also familiar with the procedures used by the Colorado Secretary of State's office and local clerks and recorders to implement Proposition 108. I am also familiar with the procedures used by the

Colorado Secretary of State's office and local clerks and recorders to prepare for and administer primary elections in Colorado.

5. Proposition 108 includes an "opt out" procedure that permits a major political party to exclude itself from the semi-open primary system created by Proposition 108 in favor of nominating its candidates in a "closed" assembly or convention that is limited to the party's affiliated members. A minor political party may exclude unaffiliated voters from its primary election in accordance with its constitution, bylaws, or other applicable rules. Colo. Rev. Stat. § 1-4-1304(1.5)(c).

6. Since the passage of Proposition 108, only one minor political party has held a primary election, in one election cycle. Minor parties typically use the assembly nomination process. Minor parties often do not field candidates for every seat open in a given election, and minor party candidates rarely win seats in the general election.

7. In circumstances where unaffiliated voters would be permitted to vote in minor party primaries, the costs involved would include making minor party ballots available to unaffiliated voters; the administrative effort required to train county clerks and educate the electorate about minor party primaries; and the increased risk of voter confusion and consequent error that results whenever election procedures become more complex, as would be the case if minor party ballots were routinely added to the package of primary ballots mailed to the State's more than 1.9 million unaffiliated voters.

8. No major political party in Colorado has opted out of the semi-open primary since the passage of Proposition 108.

9. As of April 1, 2025, there were 942,120 active registered Republican voters, 1,041,589 registered active Democratic voters, and 1,990,552 registered active unaffiliated voters in Colorado. This information and other voter registration statistics compiled by the Colorado Secretary of State's Office are publicly available at https://www.sos.state.co.us/pubs/elections/VoterRegNumbers/VoterRegNumbers.html.

10. Since the passage of Proposition 108, the only two political parties to qualify as "major political parties" under Colorado law, Colo. Rev. Stat. § 1-1-104(22), are the Colorado Republican Party and the Colorado Democratic Party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of April, 2025.

/s/ *Hilary Rudy*
Hilary Rudy