30(B)(6) DEPOSITION OF THE COLORADO REPUBLICAN PARTY, DAVID WILLIAMS - February 06, 2025

```
 1      Q.   And do you know a -- so they received more
 2  than two-thirds' percent of the vote, correct?
 3      A.   Yes.
 4      Q.   Could they have received more than 75 percent
 5  of the vote?
 6      A.   I don't recall, but could have.
 7      Q.   Could they have received more than 90 percent
 8  of the vote?
 9      A.   Could have, but I doubt it.
10      Q.   On what basis -- so we've covered these, I
11  think, for -- and correct me if I'm wrong -- I think,
12  for all of them, you said that they could have been
13  more than 75 percent, they also could have been more
14  than 90 percent, but you don't specifically recall, and
15  in some instances, you doubt it; is that right?
16      A.   I -- I doubt it because it would have been
17  striking to me, had it got that near -- near -- I --
18  for lack of better term, unanimous support.  Typically,
19  bylaw amendments are difficult to pass.  That's, you
20  know, the nature of just having two-thirds vote.  But
21  as I recall, in -- again, the losing side never
22  objected either -- it was definitely two-thirds.
23  Anything higher, it would just be speculation.
24      Q.   Okay.  You said, "Typically, bylaw amendments
25  are difficult to pass."  Why is that?
```

Page 88

30(B)(6) DEPOSITION OF THE COLORADO REPUBLICAN PARTY, DAVID WILLIAMS - February 06, 2025

```
 1     A.   Because of the heightened threshold for
 2  adoption.
 3     Q.   Sure.  Okay.  Looking past the amendments,
 4  we're -- now the minutes reflect that the opt-out we've
 5  been discussing was taken by a roll call vote on
 6  September 23rd, 2023, right?
 7     A.   Yes.
 8     Q.   Okay.  And Exhibit D states that, out of a
 9  total of 402.5 votes, 143.5 voted no.
10          THE REPORTER:  Say that again, slower,
11  please.  143 -- what?
12     Q.   (BY MR. HOLTER)  Let me go more slowly.  In
13  fact, Mr. Williams, it's good speaking at very measured
14  pace.  If I ask you to read the sentence, the second
15  sentence -- the third sentence at the top of page 2 of
16  Exhibit D, beginning with, "The opt-out vote results
17  were as follows," could you read that sentence?
18     A.   "The opt-out vote" -- or, I'm sorry.  "The
19  opt-out vote results were as follows.  Of a total of
20  402.5 votes, 143.5 voted no, 35.7 percent," in
21  parentheses, "and 259 voted yes, 64.3 percent,"
22  parentheses.  "The opt-out vote did not pass, as
23  75 percent of the entire membership was required for it
24  to pass.
25     Q.   Okay.  Those percentages, do you know how
```

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

30(B)(6) DEPOSITION OF THE COLORADO REPUBLICAN PARTY, DAVID WILLIAMS - February 06, 2025

```
 1  those percentages were calculated?
 2       A.   Yes.  They were -- you take the total votes
 3  that were cast, noes and yeses, and you add them up,
 4  and based on the noes, you grade them accordingly.
 5  Same with the yeses, and you get the percentage that
 6  you have.
 7       Q.   Okay.  So are those percentage calculated to
 8  reflect the number of votes that were cast or the total
 9  membership of the CRC?
10       A.   It would have been reflective of the -- of
11  the -- I'm trying to recall as to whether or not we
12  counted abstentions.  And I don't recall that.  So I'm
13  not sure I can fully answer your question.
14       Q.   Okay.
15       A.   But it would have been certainly based on the
16  entire voting membership.  Just, the question I don't
17  recall is what we did with these abstentions.  I want
18  to say that those abstentions were not included.
19       Q.   Okay.  Understood.  And this is not an
20  arithmetic test.  I'm asking -- I think we discussed
21  before that you said that most votes that could have
22  been recorded at this meeting had it received 100
23  percent attendance would have been 420; is that right,
24  approximately?
25       A.   Approximately.  Yeah.  Yes.
```

30(B)(6) DEPOSITION OF THE COLORADO REPUBLICAN PARTY, DAVID WILLIAMS - February 06, 2025

```
 1      Q.   Sorry.  Just, approximately 420?
 2      A.   Approximately 420.
 3      Q.   So do you know, as you sit here today,
 4 whether or not the percentages we have here, 35.7 and
 5 64.3, are calculated by taking the no -- number of no
 6 votes out of 402.5 or out of 420 total votes?
 7      A.   They were -- they -- if memory serves me
 8 correctly, they were likely taken from the 402 votes.
 9      Q.   Okay.  And we could perform arithmetic that
10 would either -- if we were to perform this
11 arithmetic --
12      A.   Sure.
13      Q.   -- we would do -- to receive the no
14 percentage, we would either divide 143.5 by 402.5, or
15 143.5 divided by approximately 420; is that right?
16      A.   Right.  You could --  you could do either/or,
17 yeah.
18      Q.   Okay.  And in the first instance, we would
19 get a no percentage that reflected the number of votes
20 that were cast that day, and in the second instance, we
21 would receive a no percentage that reflected the noes
22 out of the total voting membership; is that right?
23      A.   Sure.
24      Q.   Okay.  So the yes vote tallied here,
25 64.3 percent, is that correct?
```

30(B)(6) DEPOSITION OF THE COLORADO REPUBLICAN PARTY, DAVID WILLIAMS - February 06, 2025

```
 1      A.    64.3.  Yes.
 2      Q.    And then Exhibit D goes on to recite that
 3  that did -- 75 percent of the entire membership was
 4  required, so the opt-out didn't pass in 2023, right?
 5      A.    It did not pass.
 6      Q.    And the opt-out vote also didn't meet
 7  two-thirds of the entire membership, did it?
 8      A.    It did not meet two-thirds.
 9      Q.    Did it meet two-thirds of the -- those who
10  voted that day?
11      A.    It did not meet two-thirds of those who voted
12  that day.
13      Q.    Okay.  So if the opt-out could have been
14  passed as a bylaw amendment, it wouldn't have passed in
15  this instance, right?
16      A.    It would not have passed in this instance.
17      Q.    Okay.  Do you agree that The Party has the
18  choice to opt-out of semi-open primaries?
19            MR. TRACHMAN:  Object to form.
20            THE REPORTER:  You said "semi-open primaries?
21            MR. HOLTER:  It's semi-open primaries.  It's
22  s-e-m-i, hyphen, open primaries.
23            THE REPORTER:  And you objected?
24            MR. TRACHMAN:  Object to form.
25            THE DEPONENT:  In theory, yes.  In practice,
```