# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiff Colorado Republican Party (the "Party") and Defendant Jena Griswold, in her official capacity as Colorado Secretary of State (the "Secretary") submit this joint motion for 14-day extensions of time to file replies in support of their respective motions for summary judgment. In support thereof, the Parties state as follows:

1. Per D.C.COLO.LCivR 7.1(d), the Party's reply in support of its Partial Motion for Summary Judgment [Doc. 105] is currently due on May 13, 2025 and the Secretary's reply in support of her Motion for Summary Judgment [Doc. 102] is currently due on May 9. If this Joint Motion is granted, the Party's reply will be due on May 27 and the Secretary's reply on May 23.

2. Good cause exists for the requested extensions because (1) the Parties' respective motions for summary judgment and responses raise important questions of constitutional law; (2) both Parties sought and this Court granted leave to file motions for summary judgment in excess of this Court's page limitation for motions under Fed. R. Civ. P. 56 [Docs. 91, 94] to address the complex issues raised by this case; (3) counsel require additional time to review the significant

factual record developed in discovery to prepare their replies; and (4) counsel also require additional time to allow for client review and approval of draft filings, while the Party and the Secretary's office are busily engaged in and attending to other pressing matters.

3. No party will be prejudiced by the requested extensions, which the Parties seek jointly.

4. No extension of the Parties' deadlines for filing replies in support of their respective motions for summary judgment has been previously sought.

5. The Parties will serve their clients with this Joint Motion at the time of filing, pursuant to D.C.COLO.LCivR 6.1(c).

Accordingly, the Parties respectfully request 14-day extensions of their deadlines to file replies in support of their motions for summary judgment, until May 27, 2025 for the Colorado Republican Party's reply in support of its Partial Motion for Summary Judgment [Doc. 105] and until May 23, 2025 for the Secretary's reply in support of her Motion for Summary Judgment [Doc. 102].

Respectfully submitted this 5th day of May, 2025.

| | |
|---|---|
| */s/ Randy B. Corporon* | PHILIP J. WEISER |
| Randy B. Corporon | Attorney General |
| LAW OFFICES OF RANDY B. CORPORON P.C. | |
| 5445 DTC Parkway, Suite 825 | */s/ Kyle M. Holter* |
| Greenwood Village, CO 80111 | LEEANN MORRILL, No. 38742* |
| Telephone: (303) 749-0062 | First Assistant Attorney General |
| E-mail: rbc@corporonlaw.com | KYLE M. HOLTER, No. 52196* |
| | Assistant Attorney General |
| Alexander Haberbush | TALIA KRAEMER, No. 57619* |
| CONSTITUTIONAL COUNSEL GROUP | Assistant Solicitor General |
| 444 W Ocean Boulevard, Suite 1403 | Public Officials Unit \| State Services Section |
| Long Beach, CA 90802 | Ralph L. Carr Colorado Judicial Center |
| Telephone: (562) 435-9062 | 1300 Broadway, 6th Floor |
| E-mail: ahaberbush@ccg1776.com | Denver, CO 80203 |

*Attorneys for Plaintiff*

Telephone: 720.508.6159; 720.508.6150; 720.508.6544
leeann.morrill@coag.gov;
kyle.holter@coag.gov;
talia.kraemer@coag.gov

Attorneys for Defendant Jena Griswold, in her official capacity as Colorado Secretary of State

*Counsel of Record

3