IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order and Postpone Pretrial Conference** [#115] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#115] is **GRANTED**. The Final Pretrial Conference set for June 12, 2025, at 11:30 a.m. is **VACATED** and **RESET** to **August 12, 2025**, at **10:30 a.m.** in Courtroom C204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted **on or before August 5, 2025**.

    Dated: June 3, 2025