IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

      Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Second Joint Motion to Modify Scheduling Order and Postpone Pretrial Conference** [#122] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#122] is **GRANTED** to the extent that the Final Pretrial Conference set for August 12, 2025, at 10:30 a.m. is **VACATED** and **RESET** to **November 12, 2025**, at **10:30 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Please note Judge Starnella's new courtroom location.**

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted **on or before November 5, 2025**.

      Dated: July 24, 2025