IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

    Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Third Joint Motion to Modify Scheduling Order and Postpone Pretrial Conference** [#125] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#125] is **GRANTED**. No later than five days following the Court's final rulings on the Motions for Summary Judgment [#102, #105], the parties shall file a motion to schedule the Final Pretrial Conference.

Dated: November 3, 2025