**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

      Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

      Defendant.

---

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

---

Plaintiff COLORADO REPUBLICAN PARTY and Defendant JENA GRISWOLD, in her official capacity, (collectively, the "Parties"), through their counsel, hereby jointly request a modification of the scheduling deadlines in this matter. As good cause for this Motion, the Parties state as follows:

1.      Per the Magistrate Judge's Minute Order of November 3, 2025, the Parties "shall file a motion to schedule the Final Pretrial Conference" five days following the Court's final ruling on the Parties' Motions for Summary Judgment. [Doc. 127]

2.      This Court issued an Order on the Parties' Motions for Summary Judgment [Docs. 102, 105] on March 31, 2026. [Doc. 130].

3.      Following that Order, the Parties have not identified any issues remaining for trial in this matter, although the Court has not yet entered a judgment pursuant to Fed. R. Civ. P. 58.

4.      Accordingly, the Parties jointly seek a fourteen-day postponement of the deadline to file a motion to schedule a Final Pretrial Conference to allow the Parties to assess the need for further proceedings in the district court.

5.      Additionally, the Colorado Republican Party is currently undergoing a change in leadership. The requested fourteen-day postponement will also allow undersigned counsel for the Republican Party to seek direction from his client following the change in leadership.

WHEREFORE, the Parties jointly request the Court postpone the deadline for the Parties to file a motion to schedule the Final Pretrial Conference by fourteen days, through and including April 20, 2026.

Respectfully submitted this 6th day of April, 2026.

| | |
|---|---|
| /s/ Alexander Haberbush | PHILIP J. WEISER |
| **Randy B. Corporon** | Attorney General |
| LAW OFFICES OF RANDY B. CORPORON P.C. | |
| 5445 DTC Parkway, Suite 825 | /s/ Kyle M. Holter |
| Greenwood Village, CO 80111 | **Kyle M. Holter** |
| Telephone: (303) 749-0062 | Assistant Attorney General |
| Email: rbc@corporonlaw.com | **Talia Kraemer** |
| | Assistant Solicitor General |
| | Colorado Department of Law |
| **Alexander Haberbush** | Public Officials Unit \| State Services Section |
| CONSTITUTIONAL COUNSEL GROUP | Ralph L. Carr Colorado Judicial Center |
| 444 W. Ocean Boulevard, Suite 1403 | 1300 Broadway |
| Long Beach, CA 90802 | Denver, CO 80203 |
| Telephone: (562) 435-9062 | Telephone: 720.508.6150; 720.508.6544 |
| Email: ahaberbush@ccg1776.com | kyle.holter@coag.gov; |
| | talia.kraemer@coag.gov |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

2