IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY, an unincorporated nonprofit association, on behalf of itself and its members,

      Plaintiff,

v.

JENA GRISWOLD, Secretary of State, in her official capacity as Colorado Secretary of State,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [#131] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#131] is **GRANTED**. The parties shall file a motion to schedule the Final Pretrial Conference no later than **April 20, 2026**.

      Dated: April 6, 2026