# Exhibit 2

# Declaration of Eric Grossman

**DECLARATION OF ERIC GROSSMAN**

I, Eric Grossman, declare as follows:

1. I am currently the Vice-Chairman of the Colorado Republican State Central Committee, also known as the Colorado Republican Committee ("CRC"). I was elected to that position on April 2, 2026. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I was a delegate at the CRC meeting held on September 27, 2025. The CRC conducted a vote at the meeting to decide whether or not to opt out of the June 2026 semi-open primary. The vote was 226 in favor of opting out to 196 against, short of the 3/4 of total membership threshold required by C.R.S. § 1-4-702(1). Although some party members contended that an earlier resolution by the Republican State Assembly, adopted at the Assembly's convention the prior Spring, required the State Central Committee to opt out of the 2026 semi-open primary, Brita Horn, the Chairman of the Republican Party at the time, ruled that the opt-out vote had failed to achieve the 3/4 supermajority requirement of C.R.S. § 1-4-702(1) and that the Party had therefore not opted out of that election.

3. At special meetings held in February and March 2026, the CRC overwhelmingly approved votes of "No Confidence" in CRC Chairman Brita Horn.

4. On March 12, 2026, Chairman Horn tendered her resignation as Chairman of the CRC, with an effective date of April 17, 2026.

5. As Vice-Chairman, I am a voting member of the CRC's Executive Committee I attended an emergency meeting of the Executive Committee on the evening of April 9, 2026, that had been called at the written request of one-third of the voting members of the Executive Committee pursuant to Article IX, Sections B.2 and B.3. The meeting was called to consider a motion to direct counsel to file a motion seeking to enjoin the Secretary of State from providing ballots to unaffiliated voters in the upcoming June 2026 Republican primary election. The motion was defeated by a vote of 9 in favor, 15 against. Chairman Horn and all six of the members appointed to the Executive Committee by the CRC Chairman voted against the motion.

6. It has been common in the past that the State Central Committee meets the day before the Assembly convention to address any necessary business, but this year, Chairman Horn did not call for a State Central Committee meeting on the day before the date she set for the State Assembly convention. In my opinion, based on prior overwhelmingly-adopted resolutions, the State Central Committee would have voted to overturn the decision of the Executive Committee and authorize the filing of a motion to enjoin the Secretary of State from distributing Republican Primary ballots to unaffiliated voters in the upcoming June 2026 Republican Primary election.

7. On April 11, 2026, I attended the Republican State Assembly convention in Pueblo, Colorado. A motion was made at the meeting to censure the 15 Executive Committee members who voted against the motion to direct counsel to immediately file a motion to enjoin the Secretary of State from providing Republican primary election ballots to

unaffiliated voters in the June 2026 Republican Primary election, and to direct counsel to immediately file such a motion. Meeting Parliamentarian, Al Gage, ruled the motion out of order, but that ruling of the Parliamentarian was reversed by the Assembly. The motion then passed overwhelmingly.

8. At its September 2025 meeting, the CRC voted to terminate Steven Klenda from his position as General Counsel of the Republican Party. Mr. Klenda had been appointed to the position by Chairman Horn, and both he and Chairman Horn contended that the CRC's vote to terminate him was outside the CRC's authority because decisions about personnel are vested in the Chairman. After Chairman Horn's resignation took effect at midnight on April 17, 2026, I became Acting Chairman, authorized by the CRC's bylaws to "exercise the functions of the Chairman." In that capacity, I terminated Mr. Klenda from his position as General Counsel on April 18, 2026.

9. As Acting Chairman, on April 18, 2026, I directed outside counsel to prepare and file at the earliest opportunity a motion to enjoin the Secretary of State from providing Republican Primary ballots to unaffiliated voters in the upcoming June 2026 Republican Primary election. I have also waived any attorney-client privilege over communications from the former Chairman and General Counsel with respect to their directives to outside counsel not to file such a motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Eric Grossman_
Eric Grossman

ERIC GROSSMAN 4.20.26
Acting Chairman
Colorado GOP STATE CENTRAL COMMITTEE