IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

      Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

      Defendant.

---

**UNOPPOSED SECOND MOTION FOR MODIFICATION OF SCHEDULING ORDER**

---

Defendant Jena Griswold, in her official capacity as Colorado Secretary of State (the "Secretary"), through counsel, hereby requests a modification of the scheduling deadlines in this matter. As good cause for this Motion, the Parties state as follows:

Certificate of Conferral: undersigned conferred with Plaintiff's counsel pursuant to D.C. COLO.LCivR 7.1(A) and is authorized to represent that Plaintiff does not oppose this Motion.

1.      Per the Magistrate Judge's Minute Orders of November 3, 2025 and April 6, 2026, the Parties shall file a motion to schedule the Final Pretrial Conference no later than April 20, 2026. [Docs. 127, 133]

2.      Undersigned counsel conferred with Plaintiff's counsel by email regarding Plaintiff's position on scheduling the Final Pretrial Conference on April 15, 2026. Plaintiff's counsel responded that the Colorado Republican Party was undergoing a leadership change and would be unable to provide an immediate response. Today, Plaintiff filed an Emergency Motion

for Temporary Restraining Order and/or Preliminary Injunction seeking relief regarding the upcoming June primary election (the "Motion"), based on the Court's March 31, 2026 order on the parties' motions for summary judgment.

3. Because the Parties' immediate efforts will be focused on Plaintiff's Motion, and because the outcome of those proceedings may impact the next procedural steps in this matter, the Secretary respectfully requests that the Court vacate the current deadline for the Parties to file a motion to schedule the Final Pretrial Conference and instead order the Parties to provide a joint status update setting out their positions on next steps in the litigation within two weeks after the Court's resolution of the Party's Motion.

WHEREFORE, the Secretary requests that the Court vacate the current deadline for the Parties to file a motion to schedule the Final Pretrial Conference and order the Parties to provide a joint status update setting out their positions on next steps in the litigation within two weeks after the Court's resolution of the Party's Motion.

Respectfully submitted this 20th day of April, 2026.

PHILIP J. WEISER
Attorney General

/s/ Kyle M. Holter
**Kyle M. Holter**
Assistant Attorney General
**Talia Kraemer**
Senior Assistant Attorney General
**Kolya D. Glick\***
Senior Assistant Attorney General
Public Officials Unit | State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

2

Telephone: 720.508.6000
kyle.holter@coag.gov; talia.kraemer@coag.gov;
kolya.glick@coag.gov

*Attorneys for Defendant*

*Practice in Colorado temporarily authorized
pending admission under C.R.C.P. 205.6