# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01948 -PAB-KAS

COLORADO REPUBLICAN PARTY,

an unincorporated nonprofit association, on behalf of itself and its members,

     *Plaintiff*,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

     *Defendants*.

_____

## CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE ("AI")
_____

     The undersigned counsel certify that generative artificial intelligence was not used to draft the Plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, or in the Alternative, for Reconsideration of the March 31, 2026 Order for the 2026 Primary Only.

                         Respectfully Submitted,

                         */s/ Randy B. Corporon*
                         Randy B. Corporon
                         Law Offices of Randy B. Corporon, P.C.
                         2821 S. Parker Road, Suite 555
                         Aurora, CO 80014
                         Telephone: (303) 749-0062

                         */s/ Alexander H. Haberbush*
                         Alexander H. Haberbush
                         Lex Rex Institute
                         444 W. Ocean Blvd., Ste. 1403
                         Long Beach, CA 90802
                         Telephone: (562) 435-9062