# Exhibit 1

## Declaration of Ryan Dollar, General Counsel at National Republican Congressional Committee

**DECLARATION OF Ryan Dollar**

I, Ryan Dollar, declare as follows:

1. I am General Counsel at the National Republican Congressional Committee (NRCC), which is the Republican Party's congressional campaign committee.

2. The NRCC is the only national political-party committee exclusively devoted to electing Republican candidates to the U.S. House of Representatives across the United States. It supports the election of Republicans to the House through direct financial contributions to candidates and Republican Party organizations; technical and research assistance to Republican candidates and party organizations; voter registration, education and turnout programs; and other party-building activities.

3. The NRCC actively uses information and data obtained from congressional primaries, including in the State of Colorado, to support all Republican congressional candidates in general elections.

4. From Colorado's semi-open primary, the NRCC gathers critical information regarding unaffiliated voters. That data includes information regarding policy preferences, the number of unaffiliated voters voting for Republicans, whether an unaffiliated voter has repeatedly voted for a Republican candidate, etc.

5. The information is critical to develop message and media strategy for the general election—particularly in a state like Colorado where the vast majority of voters are unaffiliated.

6. On the other side of the table, the Colorado Democratic Party and Democratic Congressional Campaign Committee are gathering and using the same information to develop their own strategy for the general election.

7. If unaffiliated voters are prohibited from participating in the Colorado Republican primary and are allowed to participate in the Democratic Party primary, the Colorado Republicans will be disadvantaged compared to the Democrats heading into the general election. Democrats will have access to critical data regarding the largest voting segment in Colorado that Republicans will not have.

8. The NRCC has spent months supporting Republican candidates in Colorado to gear up for the semi-open primary that everyone assumed would include unaffiliated voters. This preparation included extensive research regarding reaching and connecting with unaffiliated Colorado voters, development of

programs targeted at unaffiliated voters, and financial contributions associated with targeting unaffiliated voters.

9. These efforts would have been organized differently if unaffiliated voters were not going to be able to participate in the Colorado Republican primary.

10. Based on the NRCC's data and experience, I am concerned about the impact that this will have on unaffiliated voters. They have been assured that they can participate in either the Democratic primary and Republican primary and still maintain their unaffiliated status. Many of them have been the recipients of targeted advertisements and other marketing efforts encouraging them to vote in the Republican primary. Excluding them at this late stage runs a high risk of confusion and disenfranchisement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ryan Dollar
General Counsel, NRCC

DATED: April 23, 2026