# Exhibit 2

## Declaration of Jeff Hurd Candidate for U.S. Representative for Colorado's 3rd Congressional District

**DECLARATION OF Jeff Hurd**

I, Jeff Hurd, declare as follows:

1. I am the current congressman and candidate for U.S. Representative for Colorado's 3rd Congressional District (CD3).

2. I began developing strategy for my re-election campaign over a year ago in November 2024. Strategy for re-election to Congress is two-fold: (1) winning the primary election, and (2) winning the general election.

3. Colorado's semi-open primary format and the inclusion of unaffiliated voters, which make up more than a majority of the voting base in Colorado, informed my campaign strategy from the beginning. My campaign team analyzed and discussed in depth how to best allocate time and monetary resources to effectively reach and connect with unaffiliated voters in the primary election. It informed our media choices, messaging, events, and other outreach.

4. Recognizing the power of such a large voting segment, my campaign has devoted substantial time, resources, and strategic focus to targeting unaffiliated voters, including researching the segment, crafting messaging, and making media buys, in anticipation of Colorado's semi-open primary. These efforts have been integrated across every aspect of the campaign and are not capable of being meaningfully separated at this stage of the election cycle.

5. My campaign strategy and investment of resources would have been significantly different if I knew that unaffiliated voters would not be able to participate in the Colorado Republican primary.

6. In CD3, there is another Republican candidate running against me, two Democratic candidates running against each other, and an unaffiliated candidate. Because it is so highly contested, campaign strategy—including efforts to engage with unaffiliated voters—has been critical.

7. In addition to the immense amount of time and effort that my campaign and I have invested in trying to gain unaffiliated votes in the primary election, the data we receive from the primary election regarding unaffiliated voters is invaluable and essential to my success in the general election. It is election-cycle-specific and cannot be replicated after the fact. The data provides insights regarding political leanings, policy preferences, the success of our current messaging and media

strategy, whether unaffiliated voters demonstrated a high-propensity to vote a Republican ballot, etc.

8. Preventing unaffiliated voters from participating in the Republican primary election will cause me irreparable harm that cannot be remedied after the election, including the loss of election-cycle-specific data that cannot be recreated. Given the significant marketing efforts targeted at these voters, disallowing them to participate on such short notice will harm my reputation with them. It will also prevent my campaign and me from accessing crucial unaffiliated voter data to assist in preparing for the general election. To make matters worse, my Democratic competitor (assuming I win the primary) will have access to unaffiliated voter participation data from a semi-open primary, while I will be denied that same information, creating a one-sided competitive disadvantage that will directly impact my ability to prepare for and compete in the general election.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____
Jeff Hurd
U.S. Representative for Colorado's 3rd Congres...

DATED: April 23, 2026