# Exhibit 4

## Declaration of Gabe Evans Candidate for U.S. Representative for Colorado's 8th Congressional District

**DECLARATION OF Gabe Evans**

I, Gabe Evans, declare as follows:

1. I am the current congressman and candidate for U.S. Representative for Colorado's 8th Congressional District.

2. Although I am running unopposed in the primary election, I have a significant interest in the data gathered from Colorado's semi-open primary election.

3. My campaign and I have been planning on having access to and using primary election data in my campaign for the general election, including to develop message, media buys, event planning, and other outreach. Such information is crucial to the development of general election campaign strategy.

4. My campaign and I have been working on my general election campaign strategy for over a year.

5. My campaign and I would have developed a different campaign strategy had we known that unaffiliated voters would not be allowed to participate in Colorado's semi-open primary.

6. I will be put at a disadvantage if unaffiliated voters are not allowed to participate in the Colorado Republican primary because the unaffiliated voters will still be able to participate in the Colorado Democratic primary. Whichever Democratic candidate wins their primary will have the benefit of data regarding the preferences and habits of Democratic-leaning unaffiliated voters. I will not have that same data for Republican-leaning unaffiliated voters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2026

X _Gabe Evans_

Gabe Evans
U.S. Representative for Colorado's 8th Cong...