# Exhibit 5

## Declaration of Lauren Boebert Candidate for U.S. Representative for Colorado's 4th Congressional District

**DECLARATION OF LAUREN BOEBERT**

I, Lauren Boebert, declare as follows:

1. I am the current congresswoman and candidate for U.S. Representative for Colorado's 4th Congressional District.

2. Although I am running unopposed in the primary election, I have a significant interest in the data gathered from Colorado semi-open primary election.

3. My campaign and I have been planning on having access to and using primary election data in my campaign for the general election, including to develop message, media buys, event planning, and other outreach. Such information is crucial to the development of general election campaign strategy.

4. My campaign and I have been working on my general election campaign strategy for over a year since March 3, 2025.

5. My campaign and I would have developed a different campaign strategy had we known that unaffiliated voters would not be allowed to participate in Colorado's semi-open primary.

6. I will be put at a disadvantage if unaffiliated voters are not allowed to participate in the Colorado Republican open primary because the unaffiliated voters will still be able to participate in the Colorado Democratic primary. The Democratic candidate that I face in the general election will have the benefit of crucial data regarding the preferences and habits of unaffiliated voters. I will not have that data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2026