## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01948-PAB-KAS

COLORADO REPUBLICAN PARTY,
an unincorporated nonprofit association, on behalf of itself and its members,

      Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

      Defendant.

---

### RESPONSE TO MOTION FOR LIMITED INTERVENTION (DOC. 145)

---

In accordance with the Court's minute order dated April 24, 2026 (Doc. 148), Defendant Jena Griswold, in her official capacity as Colorado Secretary of State (the "Secretary"), through counsel, hereby responds to the National Republican Congressional Committee, Congressman Jeff Hurd, Congresswoman Lauren Boebert, Congressman Jeff Crank, and Congressman Gabe Evans's Motion for Limited Intervention to Oppose Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction filed April 23, 2026 (Doc. 145) ("Motion for Limited Intervention").

The Secretary <u>does not oppose</u> the Motion for Limited Intervention.

Respectfully submitted this 24th day of April, 2026.

PHILIP J. WEISER
Attorney General

/s/ Talia Kraemer
**Emily Burke Buckley**, Senior Assistant Attorney General
**Kyle M. Holter**, Assistant Attorney General
**Talia Kraemer**, Senior Assistant Attorney General
**Kolya D. Glick**,* Senior Assistant Attorney General
Public Officials Unit | State Services Section
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
emily.buckley@coag.gov; kyle.holter@coag.gov;
talia.kraemer@coag.gov; kolya.glick@coag.gov

*Attorneys for Defendant*

*Practice in Colorado temporarily authorized pending
admission under C.R.C.P. 205.6