**DECLARATION OF ALEXANDER HABERBUSH IN SUPPORT OF PLAINTIFF'S RULE 54(b) MOTION FOR RECONSIDERATION**

I, Alexander Haberbush, declare as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am an attorney with the Constitutional Counsel Group, and I serve as co-counsel for Plaintiff, the Colorado Republican Party ("the Party"), in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Rule 54(b) Motion for Reconsideration of the Court's March 31 Order.

4. The purpose of this declaration is to detail the conferral efforts undertaken pursuant to D.C.COLO.LCivR 7.1(a) prior to the filing of this motion.

5. On Friday, May 1, 2026, at 4:19 PM, I sent an email to counsel for the Secretary of State, including Kyle Holter and Talia Kraemer, advising them of Plaintiff's intent to file a Rule 54(b) motion for reconsideration regarding the Court's denial of summary judgment on Plaintiff's as-applied challenge to Proposition 108's unaffiliated-voter mandate.

6. In that initial email, I briefly outlined the anticipated legal arguments, specifically referencing *Utah Republican Party v. Herbert* and the Tenth Circuit's subsequent discussion in *Utah Republican Party v. Cox*, and requested the Secretary's position on the motion.

7. Later that same day, Ms. Kraemer acknowledged receipt of the email and stated that her team would be in touch the following week.

8. On Monday, May 4, 2026, at 1:08 PM, I followed up with Ms. Kraemer and Mr. Holter to request the Secretary's position.

9. Ms. Kraemer responded via email, stating that the Secretary opposes the motion on the merits and because she did not believe the motion presented proper grounds for reconsideration. She requested further explanation as to why the Party believed there was a proper basis for the motion under Rule 54(b).

10. At 5:43 PM on May 4, 2026, I replied to Ms. Kraemer and the other attorneys on the thread, providing a more detailed explanation of the Party's position, specifically noting that the Court did not address the *Herbert*-based as-applied argument in its Order and appeared to misapprehend the nature of the challenge.

11. Following this explanation, Ms. Kraemer responded: "Thank you for this further explanation of the Party's position. You may tell the court the Secretary will oppose."

Declaration of Alexander Haberbush - 12

12. Accordingly, pursuant to D.C.COLO.LCivR 7.1(a), I have conferred with opposing coun-sel regarding the relief requested in Plaintiff's Rule 54(b) Motion for Reconsideration, and I have been advised that Secretary Griswold opposes the motion.

13. Attached hereto as Exhibit 1 is a true and correct copy of the email correspondence thread between myself and opposing counsel documenting this conferral process, dated May 1, 2026, through May 4, 2026.

I declare under penalty of perjury under the laws of the United States of America that the forego-ing is true and correct.

Executed this 5th day of May, 2026, in Long Beach, California.


/s/ *Alexander Haberbush*
Alexander Haberbush

Declaration of Alexander Haberbush - 13

# Exhibit "1"

Declaration of Alexander Haberbush - 14

## Alexander Haberbush

| | |
|---|---|
| **From:** | Talia Kraemer <Talia.Kraemer@coag.gov> |
| **Sent:** | Monday, May 4, 2026 9:20 PM |
| **To:** | Alexander Haberbush; Kyle Holter |
| **Cc:** | Randy Corporon; Matt Arnold; Kolya Glick |
| **Subject:** | Re: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration |

Thank you for this further explanation of the Party's position.  You may tell the court the Secretary will oppose.

Talia

---

**From:** Alexander Haberbush <ahaberbush@ccg1776.com>
**Sent:** Monday, May 4, 2026 5:43:02 PM
**To:** Talia Kraemer <Talia.Kraemer@coag.gov>; Kyle Holter <Kyle.Holter@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>; Kolya Glick <Kolya.Glick@coag.gov>
**Subject:** RE: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

Talia,

First, the Court did not address the Party's *Herbert*-based as-applied argument at all, even though it was squarely presented in the summary judgment briefing.
Second, the Order appears to misapprehend the nature of the as-applied challenge.

The Court framed the issue as whether the statute is unconstitutional "as applied to the Party," and concluded that the availability of an opt-out mechanism eliminates the associational burden. But the Party's position (again as set out in the summary judgment briefing) is that the unaffiliated-voter mandate is unconstitutional as applied to any major party that elects to participate in a primary, because once that choice is made, the State compels association with nonmembers in the candidate-selection process. That is the precise theory accepted in *Herbert*, and favorably discussed by the Tenth Circuit in *Cox*. The Court's reasoning does not engage that theory.

Those are proper grounds for reconsideration under Rule 54(b), and we will address them in the motion.

 **Constitutional Counsel Group**
Alexander Haberbush, Partner
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
(562) 435-9062; ahaberbush@ccg1776.com
Member: California & D.C. Bars

---

**From:** Talia Kraemer <Talia.Kraemer@coag.gov>
**Sent:** Monday, May 4, 2026 1:05 PM
**To:** Alexander Haberbush <ahaberbush@ccg1776.com>; Kyle Holter <Kyle.Holter@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>; Kolya Glick <Kolya.Glick@coag.gov>
**Subject:** RE: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

EXHIBIT "1"                                    1                  Declaration of Alexander Haberbush - 15

Alexander,

The Secretary opposes your motion.  As you know from summary judgment briefing, the Secretary opposes your argument on its merits.  At the same time, the Secretary opposes your motion because it does not appear to present a proper grounds for a motion for reconsideration.  The parties already argued <u>Herbert</u> and <u>Cox</u> during summary judgment; there has been no intervening change in the law; and <u>Herbert</u> is not controlling law in any event.  As part of our conferral on your motion, could you please explain why the Party believes this is a proper basis for a reconsideration motion?

Thank you,
Talia

---

**From:** Alexander Haberbush <ahaberbush@ccg1776.com>
**Sent:** Monday, May 4, 2026 1:08 PM
**To:** Talia Kraemer <Talia.Kraemer@coag.gov>; Kyle Holter <Kyle.Holter@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>; Kolya Glick <Kolya.Glick@coag.gov>
**Subject:** RE: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

Talia,

I write to follow up on your May 1 message indicating that you would be back in touch this week regarding Plaintiff's anticipated Rule 54(b) motion for reconsideration.

Please advise whether the Secretary intends to oppose the motion.

 **Constitutional Counsel Group**

Alexander Haberbush, Partner
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
(562) 435-9062; ahaberbush@ccg1776.com
Member: California & D.C. Bars

---

**From:** Talia Kraemer <Talia.Kraemer@coag.gov>
**Sent:** Friday, May 1, 2026 4:23 PM
**To:** Alexander Haberbush <ahaberbush@ccg1776.com>; Kyle Holter <Kyle.Holter@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>; Kolya Glick <Kolya.Glick@coag.gov>
**Subject:** RE: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

Hi Alexander – received, thanks.  We'll be back in touch next week.

Talia

---

**From:** Alexander Haberbush <ahaberbush@ccg1776.com>
**Sent:** Friday, May 1, 2026 5:22 PM
**To:** Kyle Holter <Kyle.Holter@coag.gov>; Talia Kraemer <Talia.Kraemer@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>; Kolya Glick

EXHIBIT "1"                                        2                        Declaration of Alexander Haberbush - 16

<Kolya.Glick@coag.gov>
**Subject:** RE: Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

Mr. Glick,

Per Mr. Holter's automatic email response, I have added you to the below correspondence.

Thank you,



**Constitutional Counsel Group**

Alexander Haberbush, Partner
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
(562) 435-9062; ahaberbush@ccg1776.com
Member: California & D.C. Bars

**From:** Alexander Haberbush
**Sent:** Friday, May 1, 2026 4:19 PM
**To:** 'Kyle.Holter@coag.gov' <Kyle.Holter@coag.gov>; 'Talia Kraemer' <Talia.Kraemer@coag.gov>
**Cc:** Randy Corporon <rbc@corporonlaw.com>; Matt Arnold <mta@corporonlaw.com>
**Subject:** Colorado Republican Party v. Griswold — Rule 54(b) Motion for Reconsideration

Counsel,

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff intends to file a Rule 54(b) motion for reconsideration of the Court's March 31, 2026 Order, limited to the Court's denial of summary judgment on Plaintiff's as-applied challenge to Proposition 108's unaffiliated-voter mandate for primary elections in 2028 and beyond.

The motion will contend that, in light of *Utah Republican Party v. Herbert*, 144 F. Supp. 3d 1263 (D. Utah 2015), and the Tenth Circuit's subsequent discussion in *Utah Republican Party v. Cox*, 892 F.3d 1066 (10th Cir. 2018), the unaffiliated-voter mandate remains unconstitutional as applied once the Party declines to opt out of the primary-election process. Plaintiff will ask the Court to reconsider that portion of its March 31 Order and enter summary judgment accordingly.

Please advise whether Secretary Griswold opposes the motion.



**Constitutional Counsel Group**

Alexander Haberbush, Partner
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
(562) 435-9062; ahaberbush@ccg1776.com
Member: California & D.C. Bars

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

EXHIBIT "1"

4

Declaration of Alexander Haberbush - 18